JOHN-FREDERICS, INC., Appellant, et al., Plaintiffs, v. ABRAHAM & STRAUS, INC., Defendant, and NEWS SYNDICATE CO., Respondent.— In an action to recover damages for libel, order granting motion of respondent, News Syndicate Co., under rule 106 of the Rules of Civil Practice to dismiss the complaint of appellant, John-Frederics, Inc., reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. The allegations of extrinsic facts in respect of appellant's status may be considered in determining whether or not the first cause of action is sufficient in law. When such extrinsic facts are considered, a good cause of action is stated. (*Spector* v. *News Syndicate Co.,* 280 N. Y. 346; *Sydney* v. *Macfadden Newspaper Pub. Corp.,* 242 N. Y. 208; *Braun* v. *Armour & Co.,* 254 N. Y. 514; *Ben-Oliel* v. *Press Publishing Co.,* 251 N. Y. 250; *Ferrand* v. *Brooklyn Daily Eagle,* 241 App. Div. 752.) Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur. [See *post,* p. 756.]

SOL R. KAPLAN, Appellant, et al., Plaintiffs, v. ZACH C. BALTON et al., Respondents.— In an action to recover damages for slander, plaintiff Sol R. Kaplan appeals from order granting defendants' motion to strike out the amended complaint, and denying his cross motion for leave to serve an amended complaint. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

JOSEPH KAUFMAN, Respondent, v. FT. GREENE PACKING Co., INC., et al., Appellants, et al., Defendants.— Appeal by three of defendants herein from an order which denied their motion for summary judgment and to dismiss the complaint pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

GEORGE W. MARTIN, Appellant, v. KINGS COUNTY BUICK, INC., et al., Respondents.— In an action to recover broker's commissions, plaintiff appeals from a judgment dismissing his amended complaint as to the individual defendant, and dismissing his amended complaint as to the corporate defendant on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.

ROLF T. MICHELSEN et al., as Trustees under the Will of RASMUS M. MICHELSEN, Deceased, et al., Respondents, v. JOHN LESKOWICZ et al., Appellants, et al., Defendants.— In an action for injunctive relief and damages, order vacating in part appellants' demand for a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.